# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

John D. Heywood B44617 )
_____ )  Case Number: 20-1239-SMY
_____ )                (Clerk's Office will provide)
_____ )
        Plaintiff(s)/Petitioner(s) )
                v.                )  ☐ CIVIL RIGHTS COMPLAINT
                                  )    pursuant to 42 U.S.C. §1983 (State Prisoner)
Boy Scouts of America             )  ☐ CIVIL RIGHTS COMPLAINT
Troop Leader Hiram Roberts        )    pursuant to 28 U.S.C. §1331 (Federal Prisoner)
_____         )  ☒ CIVIL COMPLAINT
_____         )    pursuant to the Federal Tort Claims Act, 28 U.S.C.
        Defendant(s)/Respondent(s) )    §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement. Lawrence Correction Center
John D. Heywood B44617
10930 Lawrence Rd.
Sumner, IL. 62466.

**Defendant #1:**

B. Defendant __Boy Scouts of America__ is employed as
         (a)    (Name of First Defendant)
__Controles Scouting Troops Across America__
         (b)    (Position/Title)

with __Boy Scouts of America__
         (c)    (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☐ Yes   ☒ No
Not That I know of!

If your answer is YES, briefly explain:

Rev. 10/3/19

**Defendant #2:**

C. Defendant _Hiram Roberts Sr_ is employed as

(Name of Second Defendant)

_Troup Leader Cub Scouts_

(Position/Title)

with _Boy Scouts of America_

(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒ Yes   ☐ No
_Muskegee Michigan Park District_

If you answer is YES, briefly explain:
_He was over Sheldes Park Services - Baseball Little League, Pewee league, Pony league in the 70s_

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☒Yes ☐No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability</u>, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1. Parties to previous lawsuits:
Plaintiff(s): John D Heywood

Defendant(s): Dr. Pinckney

2. Court (if federal court, name of the district; if state court, name of the county): Southern District of Illinois

3. Docket number:

4. Name of Judge to whom case was assigned:

5. Type of case (for example: Was it a habeas corpus or civil rights action?): 1983 Civil Rights

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

Rev. 10/3/19

    7.    Approximate date of filing lawsuit: 1-2018

    8.    Approximate date of disposition: Pending

    9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" Pending

## III.   GRIEVANCE PROCEDURE

    A.    Is there a prisoner grievance procedure in the institution? ☒ Yes   ☐ No

    B.    Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes   ☒ No

    C.    If your answer is YES,
        1.    What steps did you take?

        2.    What was the result?

    D.    If your answer is NO, explain why not.

        Happs 1973-74 as child

    E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes   ☒ No

    F.    If your answer is YES,
        1.    What steps did you take?

Rev. 10/3/19

2. What was the result?

G. If your answer is NO, explain why not.
childhood assult

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

IV.  **STATEMENT OF CLAIM**

A.  State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Lived in Muskegon Michigan west to Oakview Elementary. Spent Summer @ Sheldos Park. Mr. Roberts ran the food program and Baseball. I went to school with his youngest daughter (Carla Roberts) we played little league together, She told me her father (Mr Roberts) was also a Cub Scout leader, and I should ask my father (Joseph E Haywood Sr) to join's. I did. My father spoke to Mr Roberts, and paid for my uniform, which would take a while. I went to several meetings at the Sheldos Park mostly. But once we all stayed at Mr Roberts House for the weekend. His daughter Carla, slept in his room, while the boys slept on floor in livingroom (1 Bedroom) I awoke to go pee, went to the bathroom And Mr. Roberts came in and said let me help you, I said I could do it. And he said your not going to pee all over my toilet, he stood behind me And took hold of my penis while I peed, when I was done he held on and started moving it back and forth until I ejaculated into the toilet washed his hand, told me to flush and wash my hands, I did Wake up next morning boys were laughing at me cause I had stains on front of my underwere they thought I peed on myself, I got dressed Told Mr Roberts I had to go home, and he took everybody home, his daughter lived 2 house down from me (I lived 1214 Francis Ave) We pulled into her drive, he told her to go in, and told me See you next week Ed hate for your father to loose his money, he would be pretty upset, wouldn't he. I nodded and got out and ran home!

V.  **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

Monitery Compensation $10,000,000

VI.  **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does  ☐ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 11- -20 (date)

10930 Lawrence Rd.
Street Address

Sumner IL 62466
City, State, Zip

_____
Signature of Plaintiff

John D Haywood
Printed Name

B44617
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

Additions To Case History & Appointment of Counsel:

1. Heywood v Tubbs — Attorney Appointed
   Southern District of Illinois
   1983 Civil Rights
   Pending
   January 2018
   Pending
   No

2. Heywood v Mear
   Southern District of Illinois
   1983 Civil Rights
   Dismissed - failure To Exhaust
   Appeal ongoing
   January 2018
   No

3. Heywood v. Baylor — Attorney was Appointed
   Southern District of Illinois
   1983 Civil Rights
   Dismissed, Appeal lost Aug 2020
   filed 1-2018
   No.


4. Heywood v Slack et.al — Attorney Appointed
Southern District of Illinois
1983 Civil Suit
Pending
1-2018
Pending
No

5. Heywood v Jeffries
Southern District of Illinois
1983 Civil Suit
Pending
7-2020
Pending
No.

Right now I am unable to give you the case No. or attorney names and addresses as I'm in the infirmary not feeling so well hopefully temporary, this is all I can provide now Sorry!

John D Heywood B44164
10930 Lawrence Rd.
Sumner, IL 62466.

| | | | | |
|---|---|---|---|---|
| Date: 11/9/2020 | | **Lawrence Correctional Center** | | Page 1 |
| Time: 9:01am | | **Trust Fund** | | |
| d_list_inmate_trans_statement_composite | | Inmate Transaction Statement | | |

REPORT CRITERIA - Date: 05/09/2020 thru End;   Inmate: B44617;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B44617 Haywood, John D.**              **Housing Unit: LAW-H -01-01**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Balance: | | 0.40 |
| 05/15/20 | Payroll | 20 Payroll Adjustment | 1361112 | | P/R month of 4 2020 | | 10.00 | 10.40 |
| 05/26/20 | Disbursements | 81 Legal Postage | 147334 | Chk #79199 | 046189, Pitney Bowes, 04/27/2020 | Inv. Date: | -.30 | 10.10 |
| 05/26/20 | Disbursements | 81 Legal Postage | 147334 | Chk #79199 | 046417, Pitney Bowes, 05/04/2020 | Inv. Date: | -2.20 | 7.90 |
| 05/26/20 | Disbursements | 84 Library | 147334 | Chk #79200 | 046228, DOC: 523 Fun, 04/28/2020 | Inv. Date: | -2.20 | 5.70 |
| 05/26/20 | Disbursements | 84 Library | 147334 | Chk #79200 | 046696, DOC: 523 Fun, 05/14/2020 | Inv. Date: | -.40 | 5.30 |
| 06/08/20 | Point of Sale | 60 Commissary | 160713 | 660079 | Commissary | | -5.09 | .21 |
| 06/11/20 | Payroll | 20 Payroll Adjustment | 1631112 | | P/R month of 5 2020 | | 9.91 | 10.12 |
| 06/22/20 | Disbursements | 80 Postage | 174334 | Chk #79680 | 047003, Pitney Bowes, 05/29/2020 | Inv. Date: | -.12 | 10.00 |
| 07/02/20 | Point of Sale | 60 Commissary | 1847146 | 662097 | Commissary | | -8.88 | 1.12 |
| 07/10/20 | Payroll | 20 Payroll Adjustment | 1921112 | | P/R month of 6 2020 | | 9.88 | 11.00 |
| 07/21/20 | Disbursements | 81 Legal Postage | 203334 | Chk #80125 | 047557, Pitney Bowes, 06/29/2020 | Inv. Date: | -.50 | 10.50 |
| 07/21/20 | Disbursements | 81 Legal Postage | 203334 | Chk #80125 | 047624, Pitney Bowes, 07/01/2020 | Inv. Date: | -.50 | 10.00 |
| 07/21/20 | Disbursements | 81 Legal Postage | 203334 | Chk #80125 | 047844, Pitney Bowes, 07/13/2020 | Inv. Date: | -.50 | 9.50 |
| 07/21/20 | Disbursements | 81 Legal Postage | 203334 | Chk #80125 | 047929, Pitney Bowes, 07/15/2020 | Inv. Date: | -.50 | 9.00 |
| 07/21/20 | Disbursements | 84 Library | 203334 | Chk #80126 | 047998, DOC: 523 Fun, 07/17/2020 | Inv. Date: | -.60 | 8.40 |
| 07/29/20 | Point of Sale | 60 Commissary | 211731 | 664054 | Commissary | | -2.50 | 5.90 |
| 08/14/20 | Payroll | 20 Payroll Adjustment | 2271112 | | P/R month of 7 2020 | | 10.00 | 15.90 |
| 08/21/20 | Disbursements | 81 Legal Postage | 234334 | Chk #80757 | 048056, Pitney Bowes, 07/21/2020 | Inv. Date: | -1.60 | 14.30 |
| 08/21/20 | Disbursements | 81 Legal Postage | 234334 | Chk #80757 | 048407, Pitney Bowes, 08/03/2020 | Inv. Date: | -.50 | 13.80 |
| 08/21/20 | Disbursements | 81 Legal Postage | 234334 | Chk #80757 | 048507, Pitney Bowes, 08/07/2020 | Inv. Date: | -.50 | 13.30 |
| 08/21/20 | Disbursements | 81 Legal Postage | 234334 | Chk #80757 | 048520, Pitney Bowes, 08/12/2020 | Inv. Date: | -.50 | 12.80 |
| 08/21/20 | Disbursements | 81 Legal Postage | 234334 | Chk #80757 | 048688, Pitney Bowes, 08/14/2020 | Inv. Date: | -.50 | 12.30 |
| 08/21/20 | Disbursements | 84 Library | 234334 | Chk #80758 | 048089, DOC: 523 Fun, 07/24/2020 | Inv. Date: | -1.80 | 10.50 |
| 08/21/20 | Disbursements | 84 Library | 234334 | Chk #80758 | 048094, DOC: 523 Fun, 07/24/2020 | Inv. Date: | -2.20 | 8.30 |
| 08/21/20 | Disbursements | 84 Library | 234334 | Chk #80758 | 048509, DOC: 523 Fun, 08/07/2020 | Inv. Date: | -.80 | 7.50 |
| 08/21/20 | Point of Sale | 60 Commissary | 2347146 | 665974 | Commissary | | -7.40 | .10 |
| 09/14/20 | Payroll | 20 Payroll Adjustment | 2581112 | | P/R month of 8 2020 | | 10.00 | 10.10 |
| 09/21/20 | Point of Sale | 60 Commissary | 2657146 | 668208 | Commissary | | -8.54 | 1.56 |
| 09/23/20 | Disbursements | 84 Library | 267334 | Chk #81464 | 048880, DOC: 523 Fun, 08/26/2020 | Inv. Date: | -.60 | .96 |
| 09/23/20 | Disbursements | 84 Library | 267334 | Chk #81464 | 049567, DOC: 523 Fun, 09/21/2020 | Inv. Date: | -.40 | .56 |
| 10/14/20 | Payroll | 20 Payroll Adjustment | 2881112 | | P/R month of 9 2020 | | 9.86 | 10.42 |
| 10/23/20 | Point of Sale | 60 Commissary | 297714 | 670215 | Commissary | | -6.40 | 4.02 |
| 10/26/20 | Disbursements | 84 Library | 300334 | Chk #82096 | 049866, DOC: 523 Fun, 10/01/2020 | Inv. Date: | -.40 | 3.62 |


Date: 11/9/2020  
Time: 9:01am  
d_list_inmate_trans_statement_composite

# Lawrence Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 05/09/2020 thru End;   Inmate: B44617;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B44617 Haywood, John D.**   **Housing Unit: LAW-H -01-01**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/26/20 | Disbursements | 81 Legal Postage | 300334 | Chk #82098 | 049729, Pitney Bowes, | Inv. Date: 09/25/2020 | -.80 | 2.82 |
| 10/26/20 | Disbursements | 81 Legal Postage | 300334 | Chk #82098 | 049868, Pitney Bowes, | Inv. Date: 10/01/2020 | -2.10 | .72 |
| 10/26/20 | Disbursements | 80 Postage | 300334 | Chk #82098 | 050270, Pitney Bowes, | Inv. Date: 10/20/2020 | -.50 | .22 |

|  |  |
|---:|---:|
| **Total Inmate Funds:** | .22 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | .22 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

Date: 11/9/2020  
Time: 9:01am  
d_list_inmate_trans_statement_composite

# Lawrence Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 05/09/2020 thru End;   Inmate: B44617;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B44617 Haywood, John D.**   **Housing Unit: LAW-H -01-01**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/26/20 | Disbursements | 81 Legal Postage | 300334 | Chk #82098 | 049729, Pitney Bowes, Inv. Date: 09/25/2020 | -.80 | 2.82 |
| 10/26/20 | Disbursements | 81 Legal Postage | 300334 | Chk #82098 | 049868, Pitney Bowes, Inv. Date: 10/01/2020 | -2.10 | .72 |
| 10/26/20 | Disbursements | 80 Postage | 300334 | Chk #82098 | 050270, Pitney Bowes, Inv. Date: 10/20/2020 | -.50 | .22 |

| | |
|---:|---:|
| **Total Inmate Funds:** | .22 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | .22 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

Date:

HCU-01-01

# CERTIFICATION
(TO BE COMPLETED BY AN AUTHORIZED INSTITUTIONAL OFFICER)

Plaintiff/Petitioner: __Haywood, John D.__

Institution: __Lawrence Correctional Center__

Register Number: __B44617__

I, __Stacey Wilson, Trust Fund Officer__, hereby certify that the
(Name and Title of Authorized Officer - please print)

inmate identified above currently has the sum of $ __.22__ on account at

__Lawrence correctional center__.
(Institution where confined)

__Stacey Wilson__
Signature of Authorized Officer

Dated: __11/9/2020__

PURSUANT TO 28 U.S.C. § 1915(a)(2), PLEASE
ATTACH A COPY OF THE INMATE'S TRUST
FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.

Please mail the statement and this completed form to:
Clerk of Court
United States District Court
Southern District of Illinois
750 Missouri Ave.
East St. Louis, IL 62201